In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK et al., as Trustees of a Trust Made with JEAN L. MATTHEWS, Appellant and Respondent. MARK S. MATTHEWS, Respondent and Appellant; AARON MARCUS, Guardian ad Litem for GEORGE G. MATTHEWS and Others, Infants, Appellant and Respondent.

Argued January 14, 1953; decided March 6, 1953.

606

*Edward S. Bentley* for Bank of New York, appellant-respondent.

*Edward Pious* and *Aaron Marcus,* in person, for Aaron Marcus, guardian ad litem for George G. Matthews and others, appellant-respondent.

*William H. Matthews, Jr.,* and *Robert W. Knox* for respondent-appellant.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the trust; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.